Cathy L. Arias, State Bar No. 141989
Email: carias@burnhambrown.com
Allyson E. Cook, State Bar No. 227214
Email: acook@burnhambrown.com
Brendan M. Brownfield, State Bar No. 266114
Email: bbrownfield@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666

Attorneys for Defendants
DIRTT ENVIRONMENTAL SOLUTIONS, INC.
(incorrectly sued herein as DIRTT ENVIRONMENTAL
SOLUTIONS, a California corporation) and MOGENS
SMED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VALERIE GENCO,<br><br>    Plaintiff,<br><br>v.<br><br>DIRTT ENVIRONMENTAL SOLUTIONS,<br>a California corporation; MOGENS SMED,<br>an individual, and DOES 1-50 inclusive,<br><br>    Defendants. | No. 3:11-cv-02836-EMC<br><br>[PROPOSED] ORDER APPROVING STIPULATION TO CONSOLIDATE PENDING ACTIONS<br><br>[Fed. R. Civ. Proc. 42]<br><br>Complaint Filed: April 13, 2011 |

PURSUANT TO STIPULATION, IT IS ORDERED that the two pending <u>Genco v. DIRTT Environmental Solutions, et al.</u> actions before this Court, Case Nos. 3:11-CV-02836-EMC and 3:11-CV-03912-EMC are consolidated under Federal Rule of Civil Procedure 42.

**IT IS SO ORDERED.**

Hon. Edward M. Chen

*IT IS SO ORDERED*
*[signature]*
*Judge Edward M. Chen*

1119672

[PROPOSED] ORDER APPROVING STIPULATION TO CONSOLIDATE     No. 3:11-cv-02836-EMC
PENDING ACTIONS