| | |
|---|---|
| 1 | Cathy L. Arias, State Bar No. 141989 |
|   | Email: carias@burnhambrown.com |
| 2 | Allyson E. Cook, State Bar No. 227214 |
|   | Email: acook@burnhambrown.com |
| 3 | Brendan M. Brownfield, State Bar No. 266114 |
|   | Email: bbrownfield@burnhambrown.com |
| 4 | BURNHAM BROWN |
|   | A Professional Law Corporation |
| 5 | P.O. Box 119 |
|   | Oakland, California 94604 |
| 6 | |
|   | 1901 Harrison Street, 14th Floor |
| 7 | Oakland, California  94612 |
|   | Telephone:     (510) 444-6800 |
| 8 | Facsimile:      (510) 835-6666 |
| 9 | Attorneys for Defendants |
|   | DIRTT ENVIRONMENTAL SOLUTIONS, INC. |
| 10| (incorrectly sued herein as DIRTT ENVIRONMENTAL |
|   | SOLUTIONS, a California corporation) and MOGENS |
| 11| SMED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VALERIE GENCO, | No. 3:11-cv-02836-EMC |
| Plaintiff, | [PROPOSED] ORDER APPROVING STIPULATION TO CONSOLIDATE PENDING ACTIONS |
| v. | |
| DIRTT ENVIRONMENTAL SOLUTIONS, a California corporation; MOGENS SMED, an individual, and DOES 1-50 inclusive, | [Fed. R. Civ. Proc. 42] |
| | Complaint Filed:  April 13, 2011 |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS ORDERED that the two pending <u>Genco v. DIRTT Environmental Solutions, et al.</u> actions before this Court, Case Nos. 3:11-CV-02836-EMC and 3:11-CV-03912-EMC are consolidated under Federal Rule of Civil Procedure 42.

**IT IS SO ORDERED.**

Hon. Edward M.

IT IS SO ORDERED

Judge Edward M. Chen

1119672