UNITED STATES DISTRICT COURT

NORTHERN DISTRICT, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VALERIE GENCO,<br><br>Plaintiff,<br><br>v.<br><br>DIRTT ENVIRONMENTAL SOLUTIONS, a California corporation; MOGENS SMED, an individual, and DOES 1-50 inclusive,<br><br>Defendants. | No. 3:11-cv-02836-EMC<br><br>[PR~~OP~~OSED] ORDER CONTINUING THE PRE-TRIAL DATES IN PHASE ONE OF DISCOVERY<br><br>Complaint Filed: April 13, 2011 |

IT IS ORDERED that the mediation deadline in this Action is continued to July 2, 2012. The Case Management Conference currently scheduled for May 8, 2012 is vacated and a new Case Management Conference scheduled for ___July 13___, 2012 at ___10:30___ a.m./~~p.m~~..

Counsel are ordered to file a Joint Case Management Conference no later than ___July 6___, 2012.

IT IS SO ORDERED.

Dated: ___April 20, 2012___

Honorable [signature]
Judge Edward M. Chen

IT IS SO ORDERED
AS MODIFIED

[PROPOSED] ORDER CONTINUING THE PRE-TRIAL DATES ... cv-02836-EMC
OF DISCOVERY