1

2

3

4

5

6

7

8

9

10

11            UNITED STATES DISTRICT COURT

12      NORTHERN DISTRICT, SAN FRANCISCO/OAKLAND DIVISION

13  VALERIE GENCO,                          No. 3:11-cv-02836-EMC

14            Plaintiff,                    **[PROPOSED] ORDER CONTINUING
                                            THE PRE-TRIAL DATES IN PHASE
15  v.                                      ONE OF DISCOVERY**

16  DIRTT ENVIRONMENTAL SOLUTIONS,
    a California corporation; MOGENS SMED,  Complaint Filed:  April 13, 2011
17  an individual, and DOES 1-50 inclusive,

18            Defendants.

19

20        IT IS ORDERED that the mediation deadline in this Action is continued to July 2, 2012.

21  The Case Management Conference currently scheduled for May 8, 2012 is vacated and a new

22  Case Management Conference scheduled for _____July 13_____, 2012 at _____ a.m./p.m.. 10:30

23  Counsel are ordered to file a Joint Case Management Conference no later than

24  _____July 6_____, 2012.

25  IT IS SO ORDERED.

26  Dated: _____April 20, 2012_____

27                                          Honorable _____
                                            Judge Edward M. Chen
28

IT IS SO ORDERED
AS MODIFIED

[PROPOSED] ORDER CONTINUING THE PRE-TRIAL DATES ... cv-02836-EMC
OF DISCOVERY