Christopher B. Dolan (SBN 165358)
Michael J. DePaul (SBN 231641)
**THE DOLAN LAW FIRM**
The Dolan Building
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830
chris@cbdlaw.com
michael.depaul@cbdlaw.com

Attorneys for Plaintiff
VALERIE GENCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| VALERIE GENCO, | Case No. 4:11-cv-02836-EMC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS DIRTT ENVIRONMENTAL SOLUTIONS, INC. AND MOGENS SMED WITH PREJUDICE** |
| DIRTT ENVIRONMENTAL SOLUTIONS, a California corporation; MOGENS SMED, an individual, and DOES 1-50 inclusive, | |
| Defendants. | |

Whereas Plaintiff Valerie Genco and Defendants DIRTT Environmental Solutions, Inc. and Mogens Smed have reached a full settlement of all contested issues between them, which settlement is memorialized in a written Stipulation for Settlement signed by these parties, and pursuant to Fed. R. Civ. P. 41 (a)(2), these parties stipulate as follows:

1. This Action, including Defendant DIRTT Environmental Solutions, Inc. and Defendant Mogens Smed, are hereby dismissed with prejudice.

**SO STIPULATED:**

DATED: September __, 2012

THE DOLAN LAW FIRM

By: _____
CHRISTOPHER B. DOLAN
MICHAEL J. DEPAUL
Attorneys for Plaintiff VALERIE GENCO

DATED: September 24, 2012

BURNHAM BROWN

By: _____
ALLYSON E. COOK
Attorney for Defendants DIRTT ENVIRONMENTAL SOLUTIONS, INC. and MOGENS SMED

**ORDER**

Based on Stipulation of the Parties, This Action, Defendant Dirtt Environmental Solutions, Inc. and Defendant Mogens Smed are hereby dismissed with Prejudice.

**IT IS SO ORDERED.**

DATED: September 26, 2012

_____
IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS DIRTT ENVIRONMENTAL SOLUTIONS, INC. AND MOGENS SMED WITH PREJUDICE